December 22, 2014

**COURT OF CRIMINAL APPEALS**
P.O. Box 12308
Capitol Station
Austin, Texas 78711

COA# 02-00-00463-CR

Case No. 2173-01

RE: **Marcus A. Newton #1013289**
Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

Dear CCA,

The Court received my Petition for Discretionary Review on 2/4/02. Could you please give me the date it was denied. I appreciate your help and assistance in this important matter. Thank you.

Sincerely,

MARCUS A. NEWTON

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 1 2 2015

Abel Acosta, Clerk

cc: file